UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:22-CV-81939-MIDDLEBROOKS

DANIEL LUGO,

    Plaintiff,

v.

GREEN ISLAND INN, LLC,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

COME NOW Plaintiff, DANIEL LUGO, and Defendant, GREEN ISLAND INN, LLC, by and through their undersigned counsel, and hereby give notice that Plaintiff, DANIEL LUGO, and Defendant, GREEN ISLAND INN, LLC, have reached a settlement in the above captioned matter and are in the process of satisfying the conditions necessary for the dismissal of this action.

Dated: March 10, 2023.

| | |
|---|---|
| /s/Lee D. Sarkin | /s/Nolan Klein |
| DREW M. LEVITT | NOLAN KLEIN |
| Florida Bar No. 782246 | Florida Bar No. 647977 |
| drewmlevitt@gmail.com | klein@klegal.com |
| LEE D. SARKIN | LAW OFFICES OF NOLAN KLEIN, P.A. |
| Florida Bar No. 962848 | 5550 Glades Road, Suite 500 |
| LSarkin@aol.com | Boca Raton, Fl. 33431 |
| 4700 N.W. Boca Raton Boulevard | Telephone (954) 745-0588 |
| Suite 302 | Attorney for Defendant |
| Boca Raton, Florida 33431 | |
| Telephone (561) 994-6922 | |
| Attorneys for Plaintiff | |